IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| FRANKENMUTH INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:24-CV-00626 |
| CHOATE CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Frankenmuth Insurance Company and Defendant Choate Construction Company submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted this 15th day of April 2025.

| | |
|---|---|
| **YOUNG MOORE and HENDERSON, P.A.** | **PARRY LAW, PLLC** |
| | */s/ K. Alan Parry* |
| */s/ Andrew P. Flynt* | K. Alan Parry |
| Andrew P. Flynt | N.C. Bar No. 31343 |
| Christy C. Dunn | The Europa Center |
| *Attorneys for Plaintiff* | 100 Europa Drive, Suite 351 |
| 3101 Glenwood Avenue, Suite 200 | Chapel Hill, NC 27517 |
| Raleigh, NC 27612 | Phone: 919.913.3320 |
| Ph: 919-782-6860 | Fax: 919.869.2600 |
| Fax: 919-782-6753 | kap@parryfirm.com |
| Andrew.Flynt@youngmoorelaw.com | |
| Christy.Dunn@youngmoorelaw.com | |

**FELLOWS LABRIOLA LLP**

*/s/ Shattuck Ely*
Shattuck Ely (admitted pro hac vice)
Georgia Bar No. 246944
tely@fellab.com
J. Alex Prescott (admitted pro hac vice)
Georgia Bar No. 358001
aprescott@fellab.com
Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

*Counsel for Defendant Choate Construction Company*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the foregoing document has been electronically filed with the Court and served upon the attorneys and/or parties shown below by the automated Notification of Service generated by the court's electronic-filing system.

This the 15th day of April, 2025.

      YOUNG MOORE AND HENDERSON, P.A.

    BY: */s/ Andrew P. Flynt*
      ANDREW P. FLYNT
      N.C. State Bar No.: 41238
      3101 Glenwood Avenue, Suite 200
      Raleigh, NC 27612
      Ph: 919-782-6860
      Fax: 919-782-6753
      Andrew.Flynt@youngmoorelaw.com
      *Attorney for Plaintiff*

Served on:

K. Alan Parry Parry Law, PLLC
The Europa Center
100 Europa Drive, Suite 351
Chapel Hill, NC 27517
EM: kap@parryfirm.com

Shattuck Ely
Alex Prescott
Fellows Labriolla, LLP
233 Peachtree Street NE Suite 2400,
Harris Tower
Atlanta, GA 30303
EM: tely@fellab.com
EM: aprescott@fellab.com

*Attorneys for Defendant*
*Choate Construction Company*

1324-000026/ 6612732